## W. B. Spencer v. The State.

### No. 8824. Decided October 22, 1924.

### No motion for rehearing filed.

**Theft—No Statement of Facts nor Bills of Exception.**

There being no statement of facts, nor bills of exception in the record the cause is affirmed.

Appeal from the Criminal District Court of Travis County. Tried below before the Hon. Geo. E. Hosey, Judge.

Appeal from a conviction of theft; penalty, four years in the penitentiary.

No brief for appellant filed.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, Judge.—Appellant was convicted in the Criminal District Court of Tarrant County of theft, and his punishment fixed at four years in the penitentiary.

There is no statement of facts in the record. The indictment, charge of the court and other proceedings seem to be in proper form, and there being no bills of exception, the judgment of the trial court will be affirmed.

*Affirmed.*